1 So.2d 603
### Thomas R. CHAMBLISS v. STATE.
#### 6 Div. 850.

Supreme Court of Alabama.

April 10, 1941.

Morel Montgomery, of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Thomas R. Chambliss for certiorari to the Court of Appeals to re-view and revise the judgment and decision of that Court in the case of Chambliss v. State, 1 So.2d 602.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.